UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: George Reels, Debtor(s).

Case No.: 17-18305-RG
Chapter: 7
Judge: Gambardella

### NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __9/12/17__ at __3E__ a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 187 Haledon Ave., #189, Paterson, NJ.<br>Fair Market Value: $167,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Bank of New York in the approximate amount of $577,723.03. |
|---|---|

| Amount of equity claimed as exempt: -0- |
|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                  Case No. 17-18305-RG
George Reels                                            Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2                Date Rcvd: Aug 03, 2017
                              Form ID: pdf905          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db              George Reels,    102 N 10th St,    Paterson, NJ 07522-1116
516784943       05 Retro Fitness Wayne,    60 Owens Dr,    Wayne, NJ 07470-2496
516784944       1st Crd Srvc,    377 Hoes Ln,    Piscataway, NJ 08854-4138
516784945       AT&T,    651 Kapkowski Rd,    Elizabeth, NJ 07201-4901
516784946       Bank of New York,    200 Park Ave # 56,    New York, NY 10166-5601
516784948       Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
516784953       Imaging Consultants Essex,    94 Old Short Hills Rd,    Livingston, NJ 07039-5672
516784957       Parker Mccay PA,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ 08054-1539
516784958      +Passaic County Sheriff,    77 Hamilton St,    Paterson, NJ 07505-2070
516784959       Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
516784960       Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
516784961       Ppl,    827 Hausman Rd,    Allentown, PA 18104-9392
516784962       R. Pasquariello Dmd- Union Den,    55 Union Ave,    Paterson, NJ 07502-1842
516981064      +Sherry J. Green,    220 W. Jersey St.,    AP&8N,    Elizabeth, NJ 07202-1354
516784963       Sprint,    92 Broad St,    Elizabeth, NJ 07201-2206
516784964       State Farm Fire and Casualty,    47 Park Ave,    West Orange, NJ 07052-5500
516784965       State Farm Indemnityco,    47 Park Ave,    West Orange, NJ 07052-5500
516784966       VERIZON WIRELESS,    235 Prospect Ave,    West Orange, NJ 07052-4228
516784967       Victoria Fire Casualty,    196 Bridgeville Rd,    Monticello, NY 12701-3846
516784969       Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
516784970       Wfds,    PO Box 1697,    Winterville, NC 28590-1697
516784971       William Kurylor D M D,    39 Woodcliff Ave,    Westwood, NJ 07675-3423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2017 22:47:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516784947      +E-mail/Text: bankruptcy@credencerm.com Aug 03 2017 22:47:41      Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
516784949       E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 03 2017 22:47:53      Credit Coll,
                 PO Box 607,    Norwood, MA 02062-0607
516784950       E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 03 2017 22:47:53
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
516784952       E-mail/Text: bankruptcynotices@dcicollect.com Aug 03 2017 22:47:37      Diversified Consultant,
                 DCI,    PO Box 551268,    Jacksonville, FL 32255-1268
516784951       E-mail/Text: bankruptcynotices@dcicollect.com Aug 03 2017 22:47:37      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
516784954       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2017 22:47:16      Jefferson Capital Syst,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
516784955       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 03 2017 22:47:16      Jefferson Capital Systems, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303-2198
516784956       E-mail/Text: bankruptcy@onlineis.com Aug 03 2017 22:47:31      Online Collections,    PO Box 1489,
                 Winterville, NC 28590-1489
516784968       E-mail/Text: collect@williamsalexander.com Aug 03 2017 22:46:50      Waassociates,    PO Box 2148,
                 Wayne, NJ 07474-2148
516784972       E-mail/Text: collect@williamsalexander.com Aug 03 2017 22:46:50      Williams/alexander & A,
                 1479 State Route 23,    Wayne, NJ 07470-7507
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Aug 03, 2017
                              Form ID: pdf905            Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-22 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Mary Ann  McField    on behalf of Debtor George  Reels maryann@mmcfieldlaw.com,
               G1557@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```